AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

FILED BY _____ **SM** _____ D.C.

**Apr 9, 2025**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Carl David Cunningham | ) | Case No.  25-mj-6214-PAB |
| | ) | |
| | ) | |
| | ) | |
| *Defendant.* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___11/22/2024 to 11/26/2024___ in the county of ___Broward___ in the ___Southern___ District of ___Florida___ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2) | Possession of child pornography. |
| Title 18, United States Code, Sections 2252(a)(2) and (b)(1) | Distribution of child pornography |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Lee Bieber, SA FBI
*Printed name and title*

Sworn in my presence by Facetime.

Date:  __April 9, 2025__

_____
*Judge's signature*

City and state:  ___Fort Lauderdale, Florida___

Panayotta Augustin-Birch, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Lee Bieber, having been duly sworn, hereby depose and state:

### AGENT BACKGROUND

1.     I am a Detective with the Plantation Police Department ("PPD") and have been so employed since 2002. I am currently assigned as a Task Force Officer ("TFO") to the Federal Bureau of Investigation's ("FBI") Child Exploitation and Human Trafficking Task Force ("CEHTTF") Miami Field Office, which targets individuals involved in the on-line sexual exploitation of children. As part of my duties, I investigate crimes involving the sexual exploitation of minors, including sex trafficking, child pornography, and enticement violations. I have received training on the proper investigative techniques for these violations, including the use of surveillance techniques, undercover activities, and the application and execution of arrest and search warrants. I have conducted and assisted in numerous child exploitation investigations. I have also executed search warrants that have led to seizures of child pornography as well as undercover operations that led to the recovery juvenile victims of prostitution. Finally, I am assigned to the South Florida Internet Crimes Against Children ("ICAC") Task Force, which investigates computer crimes related to child pornography and the abuse and exploitation of children.

2.     I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code. That is, I am an officer of the United States, who is empowered by law to conduct investigations of and make arrests for, offenses enumerated in Title 18, United States Code, Sections 2422, 2423, 2251 and 2252, et seq.

3.     This Affidavit is submitted in support of a criminal complaint charging **CARL DAVID CUNNINGHAM** (hereinafter referred to as "CUNNINGHAM") with Possession of Child Pornography, in violation of Title 18, United States Code, Sections 2252A(a)(5)(B); and with Distribution of Child Pornography, in violation of Title 18, United States Code, Section 2252A(a)(1) and (2).

4.     This Affidavit is based on my personal investigation and investigation by others, including federal and local law enforcement officials whom I know to be reliable and trustworthy. The facts contained herein have been obtained by interviewing witnesses and examining documents obtained in the course of the investigation as well as through other means. This Affidavit does not include every fact known to me about this investigation, but rather only those facts sufficient to establish probable cause.

## FACTUAL BACKGROUND

5.     On or about February 8, 2025, the Plantation Police Department (PPD) received CyberTipline (CT) Report 203141247 generated through the National Center for Missing and Exploited Children (NCMEC). The report shows that approximately thirty-nine (39) suspected child pornography (CP) files were uploaded to a Kik user account beardman8686_nzu on November 23, 2024, at 3:49 AM UTC. The upload Internet Protocol (IP) address on the CT was listed as 85.203.15.83. Additional information in the CT report revealed that the suspected CP files were shared in a private chat message to another user. According to the CT report, employees of MediaLab.ai/Kik reviewed and categorized each of the images and or videos prior to submitting them to NCMEC.

2

6.     Under 18 U.S.C. § 2258a (2008), any internet service provider that obtains actual knowledge of any facts or circumstances from which a violation of federal child pornography laws is apparent must report the facts and circumstances to the Cyber Tip Line at NCMEC. NCMEC then forwards the reported information to both state and federal law enforcement officials. 18 U.S.C. § 2258c. An internet service provider that fails to report such facts is subject to significant fines. 18 U.S.C. § 2258e.

7.     In order to comply with federal law and to protect their customers, Kik / Medialab has developed systems to detect and identify child pornography that is transmitted through their network. Once their automated processes detect child pornography Kik / Medialab sends it to NCMEC, who acts like a clearinghouse for such matters. NCMEC forwards the information supplied by Kik / Medialab to appropriate law enforcement agencies.

8.     The South Florida Internet Crimes Against Children Task Force has received numerous Cybertip referrals from NCMEC in the past and NCMEC, as well as the providers submitting the information have proven to be very reliable in the accuracy of their reported information. One such provider, AOL, has been recognized as a citizen informant whose reports are subject to a presumption of reliability. See. State v. Woldridge, 958 So.2d 455 (2d DCA 2007). (court held that an ISP acting in compliance with the federal reporting law has a presumption of reliability akin to that afforded a citizen informant.)

9.     In January 2014 many of the Electronic Service Providers, created a categorization system for reporting child pornography to NCMEC. This system is displayed in the following chart, which is included in the CyberTip.

3

*The following categorization system was created by various ESPs in January 2014 and updated in June 2022:*

| | Content Ranking | | 1 | 2 |
|---|---|---|---|---|
| A | Prepubescent Minor | | A1 | A2 |
| B | Pubescent Minor | | B1 | B2 |
| Rank | Term | Definition | | |
| 1 | Sex Act | Any imagery depicting sexual intercourse (including genital-genital, oral-genital, anal-genital, or oral-anal whether between person of the same or opposite sex), bestiality, masturbation, sadistic or masochistic abuse, degradation, or any such depiction of the above that lacks serious literary, artistic, political, or scientific value. | | |
| 2 | Lewd Exhibition | Any imagery depicting the lascivious exhibition of the anus, genitals, or pubic area of any person, where a minor is engaging in the lascivious exhibition or being used in connection with sexually explicit conduct, which may include but is not limited to imagery where the focal point is on the child's anus, genitals, or pubic area and where the depiction is intended or designed to elicit a sexual response in the viewer. | | |

10.    This chart is primarily used when the provider detects child pornography by an automated system. In such a case, the provider keeps a database of hash values that correspond to images previously identified as child pornography by the criteria listed in the chart above. A hash function is an algorithm used to ensure two separate files are exactly the same. When a file is hashed, each bit of the file is analyzed by the algorithm and then a single string of numbers and letters is created to represent a type of digital fingerprint for that file. There are several different hash algorithms, but each of them is considered highly accurate. Hash values are used daily by the technology industry, computer forensics, national security, and commerce, as well as many other venues where verifying the authenticity of a file is critical. According to training provided by ICAC, the accuracy of hash values is generally considered more accurate than a DNA match. When their automated system detects such a hash value, it automatically forwards the information to NCMEC. For example, if the image is classified as A1, it means that an employee of that provider has previously viewed the image and rendered an opinion that the image involved a sex act

4

involving a prepubescent minor. The employee then generated a hash value of the image and submitted it to the provider's database. The hash value, or digital fingerprint, of the file is then used to scan files on their servers to determine if other users have uploaded that file.

11.   In this CyberTip, MediaLab.ai/Kik categorized half of the suspected CP files as A1. The other half was categorized as B1. Two (2) CP files were categorized as B2. Additionally, when an employee of the provider views the image prior to sending it to NCMEC, the CyberTip reflects that the image was viewed prior to submission and was not generated by the automated system, which is true for this CyberTip.

12.   NCMEC provided me with access to the images and or videos reported by MediaLab.ai/Kik. Your affiant reviewed these images and several are described as follows:

    a.   Uploaded file information:

        i.   File Name: 79842c45cd1d83582257846a20dfb226.mp4

        ii.   MD5 Hash: 79842C45CD1D83582257846A20DFB226

        iii.   Description: A video depicting a prepubescent female who is laying naked on her back with her legs spread apart. Her vaginal and anal areas are exposed. An adult male's erect penis is penetrating her anus. The child's face is not shown. The child is clearly and obviously under the age of 10 based on her child size torso and legs as well as her lack of any pubic hair, and her extremely small size and stature. The video was approximately 14 seconds in length.

    b.   Upload file information:

        i.   File Name: 51ff724ee7e3297f388e715573cdec43.mp4

5

    ii. MD5 Hash: 51FF724EE7E3297F388E715573CDEC43

    iii. Description: A video depicting a prepubescent female who is laying naked on her stomach while performing oral sex on an adult male's erect penis. The child is clearly and obviously under the age of 10 based on her child like facial features, child-size arms, legs, and torso, as well as her extremely small size and stature. The video was approximately 36 seconds in length.

c. Upload file information:

    i. File Name: 9dd47d757cac02561e6ae6d0cb1c66d3.mp4

    ii. MD5 Hash: 9DD47D757CAC02561E6AE6D0CB1C66D3

    iii. Description: A video depicting a prepubescent female who is siting naked on a bed with her legs spread apart. The child is touching her vagina in a sexual manner with an object that appears to be blue in color. The child is clearly and obviously under the age of 10 based on her child like facial features, child-size arms, legs, and torso, as well as her lack of breast development, lack of any visible pubic hair, her extremely small size and stature. The video was approximately 3 seconds in length.

d. Upload file information:

    i. File Name: 42e7da28937ea2240ee0cc8d9d4a3e7d.mp4

    ii. MD5 Hash: 42E7DA28937EA2240EE0CC8D9D4A3E7D

    iii. Description: A video depicting a prepubescent female who is squatting naked in a bath tub with her legs spread apart. The child has an object between her legs. She repeatedly lowers her body so the object penetrates

vagina in a sexual manner. The child is clearly and obviously under the age of 10 based on her child like facial features, child-size arms, legs, and torso, as well as her lack of breast development, lack of any visible pubic hair, and her extremely small size and stature. The video was approximately 11 seconds in length.

e. Upload file information:

   i. File Name: 9d5a9b134b1285de54d78b5357ffb6fb.mp4

   ii. MD5 Hash: 9D5A9B134B1285DE54D78B5357FFB6FB

   iii. Description: A video depicting a prepubescent female who is performing oral sex on an adult male's erect penis. The child is clearly and obviously under the age of 10 based on her child like facial features, child-size arms, and her extremely small size and stature. The video was approximately 25 seconds in length.

f. Upload file information:

   i. File Name: 19a06d468b7d84fd6c2d6905b3b7b76d.mp4

   ii. MD5 Hash: 19A06D468B7D84FD6C2D6905B3B7B76D

   iii. Description: A video depicting a prepubescent female who is on her hands and knees and is naked from the waist down. The child is being vaginally penetrated by an adult male's erect penis. The child is clearly and obviously under the age of 10 based on her child-size arms, legs, and torso, as well as her lack of any visible pubic hair, and her extremely small size and stature. The video was approximately 59 seconds in length.

7

g. Upload file information:

    i. File Name: 5b7a693585ae7a73fda6d3b9cb25a689.mp4

    ii. MD5 Hash: 5B7A693585AE7A73FDA6D3B9CB25A689

    iii. Description: A video depicting a prepubescent female who is laying naked on her back. The video is focused on the child's facial area and upper torso. An adult male is masturbating over the child and ejaculates on the child's face, neck, and chest. The child is clearly and obviously under the age of 10 based on her child like facial features, her lack of breast development, and her extremely small size and stature. The video was approximately 11 seconds in length.

h. Upload file information:

    i. File Name: 4e45b9650b5494b1da33f6ba0e47fcd6.mp4

    ii. MD5 Hash: 4E45B9650B5494B1DA33F6BA0E47FCD6

    iii. Description: A video depicting a prepubescent female who is kneeling naked between an adult male's legs. The child is performing oral sex on an adult male's erect penis. The child is clearly and obviously under the age of 10 based on her child like facial features, her lack of breast development, and her extremely small size and stature. The video was approximately 13 seconds in length.

i. Upload file information:

    i. File Name: acd1e404abcbabea49bbbac9a35edf3d.mp4

    ii. MD5 Hash: ACD1E404ABCBABEA49BBBAC9A35EDF3D

8

    iii.  Description: A video depicting a prepubescent female who is sitting naked on the lap of an adult female with her legs spread apart. The adult female is touching the child's vagina with her fingers in a sexual manner. The child is clearly and obviously under the age of 10 based on her child like facial features, her child-size arms, legs, and torso, as well as her lack of breast development, lack of any visible pubic hair, and her extremely small size and stature. The video was approximately 46 seconds in length.

  j.  Upload file information:

    i.  File Name: dce2529a56a393a7990068e949cca8f2.mp4

    ii.  MD5 Hash: DCE2529A56A393A7990068E949CCA8F2

    iii.  Description: A video depicting a prepubescent female who is sitting naked with her legs spread apart on top of an adult male who is laying naked on a bed. The adult male's erect penis is penetrating the child's vagina. The child is clearly and obviously under the age of 10 based on her child like facial features, her child-size arms, legs, and torso, as well as her lack of breast development, and her extremely small size and stature. The video was approximately 1 minute and 30 seconds in length.

13.    The remaining images and or videos are consistent with the suspected CP files described above.

14.    On or about February 27, 2025, a preservation request was submitted to MediaLab.ai. for Kik user account beardman8686. Pursuant to F.S. 934.23(7) and 18 USC 2703(f), providers of electronic communications services are required to preserve records of customer

9

accounts for a period of 90 days upon receipt of a preservation letter by a law enforcement or other governmental agency.

15.     An IP address lookup revealed that 85.203.15.83 resolves back to the country of Germany. It should be noted that persons who conduct online criminal activity tend to use virtual private networks (VPNs) to mask their actual IP address and to avoid detection. VPN applications (apps) also make use of virtual locations making it appear the user is connected to an IP address that geolocates to another country.

16.     The data records for Kik user account beardman8686_nzu, also show it was accessed from IP addresses 98.242.169.198 on November 23, 2024, at 2:29 AM UTC and 172.58.129.44 on November 22, 2024 at 7:12 PM UTC. The Kik data records were contained in the CT case file. Additionally, the confirmed email address for this account was identified as tomlittle2002@gmail.com.

17.     An IP address lookup revealed that 98.242.169.198 is registered to Comcast Cable Communications. Another IP address lookup revealed that 172.58.129.44 is registered to T-Mobile.

18.     On or about February 27, 2025, a subpoena (IC25-398) was served on Comcast Cable Communications (COMCAST) for subscriber information pertaining to IP address 98.242.169.198. COMCAST provided a response to the subpoena on February 28, 2025. The returns included the following:

     a.  Subscriber Name: K.M.

     b.  Service Address: 6851 Cypress RD APT 12, Plantation, FL 33317

     c.  Billing Address: 6851 Cypress RD APT 12, Plantation, FL 33317

    d.   Telephone #: 754-244-7196

    e.   Type of Service: Internet

    f.   Account Number: 8495753922328215

    g.   Account Status: Active

    h.   IP Assignment: Dynamically Assigned

    i.   E-mail User ID: kyramerrick1(ID(s) end in @comcast.net)

19.    A search was conducted in the Driver and Vehicle Information Database (DAVID) using the address 6851 Cypress Road, Apartment 12, Plantation, Florida 33317 as search criteria. Results pertaining to the search revealed the following occupants reside at this location:

    a.   Carl David Cunningham, W/M, DOB: 11/xx/1986

    b.   K.M., O/F, DOB: xx/xx/1999

20.    On or about March 3, 2025, a Circuit Court Judge of the Seventeenth Judicial Circuit, Broward County, State of Florida, signed a search warrant for the data records associated with Kik user account beardman8686_nzu. The search warrant was served on MediaLab.ai via the law enforcement web portal on the date of issuance. MediaLab.ai provided a response to the search warrant pertaining to Kik user account beardman8686_nzu on March 17, 2025.

21.    According to the provided data records, Kik user account beardman8686_nzu was created on December 30, 2021. The display name for this account is "C Ham". The unconfirmed email address registered to this account is tomlittle2002@gmail.com. The account was also access from a Motorola device running an Android operating system.

22.    A review of the files contained in Kik user account beardman8686_nzu revealed approximately two (2) images and fifty-four (54) videos of young pre-pubescent children

performing sexual acts on themselves or with an adult. Some of these images / videos were consistent with the suspected CP files that were provided in CT Report 203141247. There were approximately six (6) sexually explicit images and six (6) sexually explicit videos of young females that appeared to be in the mid to late teens based on their body development possibly over the age of 18. Therefore, categorized as age difficult. Additionally, there were approximately nine (9) images and one (1) video of young girls with their breast and or vaginal area exposed. However, they were not posing in a lewd lascivious manner nor were they performing sexual acts. Therefore, categorized as child erotica. Two (2) images contained in the Kik user account depicted an adult white male with a black beard. These images are consistent with the driver's license photograph of Carl David Cunningham, date of birth (DOB) 11/xx/1986 who resides in Plantation, Florida.

  

Images identified in the Kik data records          DL photo from 2023

23.    Chatlogs were identified in the data records which showed that user of this account (beardman8686_nzu) communicated in group chats and direct messaging with other individuals who were interested in trading CP. These chats occurred between November 22, 2024, and November 23, 2024. This is exemplified in the following exchange with Kik user account jigsaw_anon:

a. *jigsaw_anon: "Young vids?"*

b. *beardman8686_nzu: "maybe lol"*

c. *jigsaw_anon: "Younger?"*

d. *beardman8686_nzu: "that's why I actually got the taste", "I don't have any younger on my phone"*

e. *jigsaw_anon: "Ok"*

f. *beardman8686_nzu: "you have any good ones", "when I get home I have a whole thumb drive", "you know any sale telegram channels"*

g. *jigsaw_anon: "Yeah", "Send some when you can"*

h. *beardman8686_nzu: "to start and get some trade going"*

i. *jigsaw_anon: "Any vids?"*

j. *beardman8686_nzu: "Ill send vids if you send a pic", "I have some"*

k. *jigsaw_anon: "Go ahead", "Younger tho"*

l. *beardman8686_nzu: "you first then I'll send some", "I already sent some pics"*

m. *jigsaw_anon: "Send another and I'll send a mega"*

24.     In the above-mentioned exchange, Kik user beardman8686_nzu messaged that CP was stored on his cellular phone. It was also messaged that additional CP files were stored on a "thumb drive" which was located at Kik user's residence. It should be noted that a "thumb drive" is a portable data storage device that includes flash memory with an integrated USB interface. A "thumb drive" does not have Internet capabilities. It can only be used to store data and allow the transfer of data to other USB capable devices.

25.     In another exchange, Kik user beardman8686_nzu was asked by another user to send a full faced verification pic with two fingers on his chin in order to re-gain access to a group chat. The description in this message is consistent with a photograph that displayed in paragraph 18. This is exemplified in the following exchange with Kik user account asoad1990:

    a.  *beardman8686_nzu: "hey please let me back in I am not a bot"*, "I fixed my profile pic"

    b.  *Asoad1990: "Sorry I been busy all day I have it automatically take people out if they don't have a pfp", "What group you trying to go in"*

    c.  *beardman8686_nzu: "It's okay it's the cutesmalls love is love one*

    d.  *Asoad1990: "Sorry got busy send me a full face pic with two fingers on your chin", "Its to verify you"*

    e.  *beardman8686_nzu:"face pic in a group like this lol"*

    f.  *Asoad1990: "Yes"*

26.     Kik user beardman8686_nzu also messaged that he seeks out children for sexual encounters while bragging about his past sexual experiences. This is exemplified in the following exchange with Kik user account shelbys99901:

    a.  *beardman8686_nzu: "nerdy red head she was a red head trailer park girl tiny little buds for tits puffy nipples"*

    b.  *shelbys99901: "Mmm fuck yeah", "Ginger pussy"*

    c.  *beardman8686_nzu: "always complaining she wasn't allowed to date"*

    d.  *shelbys99901: "Nice"*

    e.  *beardman8686_nzu: "not old enough"*

f.   *shelbys99901: "Did you break her in"*

g.   *beardman8686_nzu: "so she always came to my house I would buy her*
    *things", "and she slept over one night and she caught me trying to take a*
    *picture up her skirt", "and I told her I was just looking at her because she*
    *was so pretty", "12 yo", "and then I was her first kiss and later her first fuck.*

h.   *shelbys99901: "Mmmm sounds hot"*

i.   *beardman8686_nzu: "Yeah best time ever"*

27.     On or about March 19, 2025, law enforcement conducted deconfliction searches
using an online investigative database. One of the searches revealed that another CT Report
(203182737) was possibly connected to IP address 98.242.169.198, which was previously
identified as a login IP address for Kik user account beardman8686_nzu. I obtained a copy of CT
Report 203182737 which shows that approximately sixteen (16) suspected CP files were uploaded
to a Kik user account beardymn_85s. This Kik user account was accessed from IP address
98.242.169.198 on November 26, 2024, between 7:46 AM and 11:36 PM UTC which is three (3)
days after the first incident was reported to NCMEC.

28.     In CT report 203182737, MediaLab.ai/Kik categorized five (5) of the suspected CP
files as A1. Three (3) were categorized as B1 and eight (8) were categorized as B2. Additionally,
the CT report reflects that the image was viewed prior to submission and was not generated by the
automated system. NCMEC provided your affiant with access to the images and or videos reported
by MediaLab.ai/Kik. A description of two of the videos are as follows:

a.   Uploaded file information:

i.   File Name: 5ab5baca6d8db424f2f084efb51b355e.mp4

15

    ii.  MD5 Hash: 5AB5BACA6D8DB424F2F084EFB51B355E

    iii.  Description: A video depicting a prepubescent female who is naked from the waist down while sitting on top of a naked adult male, facing away from him. Her vaginal and anal areas are exposed. An adult male's erect penis is penetrating her vagina. The child is clearly and obviously under the age of 12 based on her childlike torso and legs as well as her lack of pubic hair. The video was approximately 34 seconds in length.

  b.  Upload file information:

    i.  File Name: c00cd03e1c6535fb5eb0926af01b312b.mp4

    ii.  MD5 Hash: C00CD03E1C6535FB5EB0926AF01B312B

    iii.  Description: A video depicting a prepubescent female who is naked and bent over a bed with a piece of tape covering her eyes. An adult male, who standing behind the child, is penetrating her vagina or anus with his erect penis. The child's head is between the legs of an adult male who is laying on the bed. The adult male's erect penis is penetrating the child's mouth. The child is clearly and obviously under the age of 10 based on her childlike torso, legs, and arms. The video was approximately 43 seconds in length.

29.    A few of the suspected CP files were similar to the images and or videos from CT report 203141247.

30.    On or about March 20, 2025, a preservation request was submitted to MediaLab.ai. for Kik user account beardymn_85s. On April 1, 2025, a federal search warrant was obtained for the Kik user account beardymn_85s and results from that warrant are pending.

31.    On or about March 21, 2025, law enforcement conducted open-source queries associated to CUNNINGHAM's name. Results revealed that CUNNINGHAM previously owned a gun store "Everyman Tactical" in Humble, Texas. After further investigation, law enforcement identified a YouTube channel linked to username "@everymantactical2948". Several videos, posted for public access, show CUNNINGHAM handling various firearms. In one (1) video called "SCAR 17 overview, Review, and Field strip" CUNNINGHAM revealed a tattoo on his forearm which appeared to be the same as the one observed in Kik user account beardman8686_nzu.

 

32.    For reasons stated above, I believe that Kik users beardman8686_nzu and beardymn_85s are Carl David Cunningham, a now 38-year-old male, who resides at 6851 Cypress Road, Apartment 12, Plantation, Florida 33317, and owns a tan 2018 Toyota Tacoma pickup truck with combat infantry badge license plate 1HRF.

33.    Law enforcement has surveilled CUNNINGHAM's residence on various dates, including on or about March 21, 2025, March 26, 2025, March 27, 2025, and March 31, 2025. On those dates, CUNNINGHAM's vehicle was parked in the southwest corner of the parking lot which is in close proximity to CUNNINGHAM's residence. On or about March 27, 2025, law enforcement observed an individual believed to be CUNNINGHAM, based on his driver license

17

photo as well recovered images from Kik account beardman8686_nzu, exit CUNNINGHAM's residence.

34.     It should be noted that while law enforcement conducted open-source queries for any social media accounts pertaining to CUNNINGHAM, it was discovered that one of his email addresses (infntrysuicdekng@aol.com) was possibly linked to an Apple user account. Therefore, there is reason to believe CUNNINGHAM may possess one or more Apple devices or has recently replaced one of his electronic devices for an Apple device.

35.     On or about March 28, 2025, a preservation letter and an administrative subpoena (1040061) was served to Apple Inc. for any Apple iCloud accounts associated to the CUNNINGHAM's Name, physical address, phone number, and or email address referenced in paragraph 30.

36.     On or about April 3, 2025, a United States Magistrate Judge from the Southern District of Florida signed a search warrant for CUNNINGHAM's residence, vehicle, and person.

37.     34.     On or about April 9, 2025, Miami FBI served a federal search warrant for child exploitation at 6851 Cypress Road, Apartment 12, Plantation, Florida 33317. CUNNINGHAM was contacted by the FBI Special Weapons and Tactics Unit (SWAT) at his residence and subsequently detained.

38.     CUNNINGHAM was read his Advice of Rights and agreed to speak with law enforcement. CUNNINGHAM advised that he lives with his fiancé K.M. at 6851 Cypress Road, Apartment 12, Plantation, Florida 33317. They have lived at this location between two (2) and three (3) years. Prior to living at this location, he resided at another location in Plantation as well as a residence in Sunrise. CUNNINGHAM mentioned that prior to living in the state of Florida,

he resided in Houston, Texas. CUNNINGHAM confirmed his phone number 954-394-5471 and the device associated with this number which is a Motorola Razor. He also confirmed that his cellular provider is T-Mobile. CUNNINGHAM admitted to having Facebook, Snapchat, Instagram installed on phone but denied having Kik Messenger or Telegaram. CUNNINGHAM advised that he once had a Kik account, however, the last time he accessed it was around 2020. CUNNINGHAM advised that the internet provider for his residence is Comcast. CUNNINGHAM mentioned that K.M. is the registered person on the Comcast account. When asked about Kik account beardman8686__nzu, CUNNINGHAM responded, "I haven't used that account in a while." CUNNINGHAM denied using the other Kik account identified as beardymn_85s. During the interview CUNNINGHAM was shown images from the investigation. The first two (2) images were digital photographs of CUNNINGHAM that were contained in data files of Kik account beardman8686_nzu as described in paragraph 18. CUNNINGHAM confirmed his identity in Image 1 which shows a tattoo on his forearm. However, he did not recall taking the digital photograph of himself in Image 2 which depicts him touching his chin with two (2) fingers. It should be noted that the photograph labeled Image 2 showed CUNNINGHAM in a bedroom with a bunkbed in the background and a ceiling fan. It was later discovered that the background in this photograph was consistent with CUNNINGHAM's computer room / extra bedroom in his residence. CUNNINGHAM was shown several of the chats from the Kik account beardman8686 which he denied sending. CUNNINGHAM also denied sharing or being in possession of child pornography. The interview was audio recorded. This is just a summary of that interview.

19

39.     Based on the information listed above, CUNNINGHAM was arrested on federal charges and transported to the U.S. Federal Courthouse in Fort Lauderdale and was remanded into the custody of the U.S. Marshalls.

## CONCLUSION

40.     Based on the forgoing, I respectfully submit that there is probable cause to support a criminal complaint charging CARL DAVID CUNNINGHAM with Possession of Child Pornography, in violation of Title 18, United States Code, Sections 2252A(a)(5)(B); and with Distribution of Child Pornography, in violation of Title 18, United States Code, Section 2252A(a)(1) and (2).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

Lee Bieber, Task Force Officer
Federal Bureau of Investigation

Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
by FaceTime, on this __9th__ day of April, 2025,
at Fort Lauderdale, Florida.

HONORABLE PANAYOTTA AUGUSTIN-BIRCH
UNITED STATES MAGISTRATE JUDGE

20

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 25-mj-6214-PAB

## BOND RECOMMENDATION

DEFENDANT: _____CARL DAVID CUNNINGHAM_____

_____Pre-Trial Detention recommended_____
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)


By: _M. Catherine Koontz_
AUSA:   M. CATHERINE KOONTZ


Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s): _Lee Bieber, TFO FBI,_____
(FBI)  (SECRET SERVICE)  (DEA)  (IRS)  (ICE)  (**OTHER**)